UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00229-GCM

| | |
|---|---|
| SHAWNTE WORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ) | |
| CREATIVE DARLINGS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court sua sponte on its Order allowing Plaintiff's pro se Complaint to proceed past initial review. [Doc. 5].

On June 23, 2020, the Court ordered that Plaintiff's claims against Defendants Kunal Shah and Creative Darlings, LLC, may proceed as directed in that Order. [Doc. 5]. Plaintiff, however, failed to include summonses for service on these Defendants when she filed her Complaint in this matter. [See Doc. 1].

**IT IS, THEREFORE, ORDERED** that the Clerk is instructed to mail Plaintiff two (2) blank summons forms for Plaintiff to fill out and identify Defendants in the summonses for service of process, and then return the summonses to the Court. Plaintiff is required to provide the necessary information for the U.S. Marshal to effectuate service. Once the Court receives the summonses from Plaintiff, the Clerk shall then direct the U.S. Marshal to effectuate service upon Defendants.

Signed: June 25, 2020

Graham C. Mullen
United States District Judge