IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV229-GCM

| | | |
|---|---|---|
| SHAWNTE WORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CREATIVE DARLINGS LLC, KUNAL | ) | |
| SHAH, PRESIDENT, KUNAL SHAH, | ) | |
| INDIVIDUALLY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court upon the Defendants' Request for Status Conference. It appears that a telephonic conference is warranted and the Parties are directed to participate in his conference on October 6, 2021 at 2:00 p.m. pursuant to the following instructions: Please call (866) 434-5269 and enter access code 8297525.

IT IS SO ORDERED.

Signed: September 22, 2021

Graham C. Mullen
United States District Judge