IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV229-GCM

| | |
|---|---|
| SHAWNTE WORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CREATIVE DARLINGS LLC, KUNAL ) | |
| SHAH, PRESIDENT, KUNAL SHAH, ) | |
| INDIVIDUALLY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court upon its own motion. A status conference was held telephonically in this matter on October 6, 2021. Pursuant to discussions at the status conference,

IT IS HEREBY ORDERED that Plaintiff shall respond to Defendants' discovery requests by October 21, 2021.

Signed: October 7, 2021

Graham C. Mullen
United States District Judge