IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV229-GCM

| | |
|---|---|
| SHAWNTE WORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CREATIVE DARLINGS LLC, KUNAL ) | |
| SHAH, PRESIDENT, KUNAL SHAH, ) | |
| INDIVIDUALLY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court upon a letter motion from the Plaintiff requesting time to secure legal representation. The Plaintiff is certainly welcome to secure legal representation at any time, however, the Court will not stay this case or allow Plaintiff any extension of time to provide the discovery the Court has ordered her to provide.

IT IS SO ORDERED.

Signed: October 13, 2021

Graham C. Mullen
United States District Judge