IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV229-GCM

SHAWNTE WORD,                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )                ORDER
                                       )
CREATIVE DARLINGS LLC, KUNAL           )
SHAH, PRESIDENT, KUNAL SHAH,           )
INDIVIDUALLY,                          )
                                       )
        Defendants.                    )
_____)

This matter is before the Court upon Defendant's Motion to Compel Discovery

Responses and for Sanctions, filed November 1, 2021, pursuant to Rule 37 of the Federal Rules

of Civil Procedure. (Doc. No. 49). The *pro se* Plaintiff filed a response (Doc. No. 51) and the

Defendants have replied (Doc. No. 52). Accordingly, this motion is ripe for disposition.

Defendants served Interrogatories and Requests for Production on Plaintiff on July 23,

2021, almost four months ago. After Plaintiff failed to respond, Defendants requested that the

Court hold a discovery conference, which the Court conducted telephonically on October 6,

2021. At the conference the Court explained to Ms. Wood that she was required to respond to the

Defendants' discovery requests, and the Court entered an Order directing that she do so by

October 21, 2021.

On October 21, Plaintiff sent Defendants' counsel patently unreasonable and

deficient responses to Defendants' discovery. In fact, her document production consisted solely

of pages from her 2019 and 2020 federal tax returns and nothing further despite the fact that the

discovery included 19 Requests for Production. Defendants sent Plaintiff a detailed email on

October 25 which outlined many of the reasons why Plaintiff's responses and document production were deficient, attached applicable case law supporting the request for certain information related to her social media accounts, and gave Plaintiff until close of business on October 29, 2021 to supplement her responses and document production. Plaintiff failed to comply.

Plaintiff seems to be under the impression that she can file a lawsuit and then refuse to provide any discovery to the Defendants so that they might be able to defend themselves against her claims. The Court advises the Plaintiff that this is not the way litigation works.

IT IS THEREFORE ORDERED that Defendants' Motion to Compel is hereby GRANTED, and the Plaintiff is hereby directed to provide prompt and complete responses to the Interrogatories and production requests **no later than December 1, 2021. Plaintiff is warned that if she persists in failing to provide this discovery the Court may consider dismissal of her lawsuit.**

IT IS FURTHER ORDERED that Defendants submit a fee affidavit as to their fees and costs incurred in pursuing their Motion to Compel.

Signed: November 17, 2021

Graham C. Mullen
United States District Judge