IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV229-GCM

| | |
|---|---|
| SHAWNTE WORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CREATIVE DARLINGS LLC, KUNAL ) | |
| SHAH, PRESIDENT, KUNAL SHAH, ) | |
| INDIVIDUALLY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon Defendants' Motion for Sanctions in connection with their Motion to Compel Discovery Responses, filed November 1, 2021. On November 17 the Court entered an Order granting Defendants' Motion to Compel pursuant to Rule 37 of the Federal Rules of Civil Procedure and directing Defendants to submit a fee affidavit stating their fees and costs incurred in pursuing their Motion to Compel. (Doc. No. 53). Defendants have filed such affidavit. (Doc. No. 54).

IT IS THEREFORE ORDERED that Defendants' Motion for Sanctions is hereby GRANTED and Plaintiff is directed to pay Defendants' attorneys' fees in the amount of $2,769.50. Plaintiff is directed to pay such amount to Defendants within 30 days.

Signed: December 1, 2021

Graham C. Mullen
United States District Judge