IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV229-GCM

| | |
|---|---|
| SHAWNTE WORD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CREATIVE DARLINGS LLC, KUNAL )<br>SHAH, PRESIDENT, KUNAL SHAH, )<br>INDIVIDUALLY, )<br>)<br>Defendants. )<br>_____) | ORDER |

This matter is before the Court upon the *pro se* Plaintiff's "Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)." Defendants have represented to the Court that they have no objection to Plaintiff's purported Notice. Accordingly, the Court hereby Orders this case dismissed without prejudice.

    IT IS SO ORDERED.

Signed: February 1, 2022

Graham C. Mullen
United States District Judge